JOSEPH M. GOETHALS (SBN 242889)
joe@gostlaw.com
CHARLES P. STONE (SBN 224897)
charles@gostlaw.com
DAVID G. HOLLENBERG (SBN 325408)
dave@gostlaw.com
**GOETHALS & STONE, PC**
330 Primrose Road, Suite 614
Burlingame, CA 94010
Telephone: (650) 218-4319
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JL DOE, JOHN KO DOE, JOHN KS2 DOE, JOHN TA DOE, JOHN MW DOE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO; STUART FORREST; JOSE VILLEGAS; EDWARD D. TAYLOR; SHERALYN FREITAS; MICHAEL STAUFFER; REGINA WILSON-HENRY; BONNIE MACASKILL; RHONDA COLLINS; AND DOES 1–100, inclusive,<br><br>Defendants. | Case No.<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

Having considered Plaintiffs' Administrative Motion for Leave to Proceed Under Pseudonyms, the supporting Declaration of David G. Hollenberg, and the record in this action, and good cause appearing, the Court finds that Plaintiffs' need for anonymity outweighs any prejudice to Defendants and the public's interest in knowing Plaintiffs' identities. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

IT IS HEREBY ORDERED that:

1. The motion is GRANTED. Plaintiffs may proceed in this action under the pseudonyms John JL Doe, John KO Doe, John KS2 Doe, John TA Doe, and John MW Doe.

2. The parties shall refer to Plaintiffs by those pseudonyms in all filings on the public docket. Any filing that discloses a Plaintiff's true name, or information that would identify a Plaintiff, shall be submitted under seal pursuant to Civil L.R. 79-5.

3. Plaintiffs shall disclose their true names to counsel for Defendants within seven days of a written request, subject to a protective order. Pending entry of a protective order, counsel for Defendants shall maintain Plaintiffs' true names in confidence and use them solely for purposes of this litigation.

4. This Order is without prejudice to any Defendant's right to seek its modification upon a showing of prejudice as this action proceeds.

IT IS SO ORDERED.

Dated: November 10, 2026

United States Magistrate Judge